UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MEDINA, et.al.,<br><br>　　　　Defendants. | Case No.: 1:20-cv-00114-NONE-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHIN SEVEN DAYS<br><br>(ECF No. 32) |

　　　　Plaintiff Kareen J. Howell is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Plaintiff's notice of voluntary dismissal, filed January 26, 2021.

　　　　Pursuant to Federal Rule of Civil Procedure, a plaintiff may voluntarily dismiss an action without a court order by filing:

　　　　(i)  a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

　　　　(ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

　　　　Because Defendants have filed a motion for summary judgment which is pending before the Court, this action cannot be dismissed pursuant to Rule 41(a)(1)(A)(i).  However, Defendants may

1

stipulate to dismissal pursuant to Rule 41(a)(1)(A)(ii).  Should Defendants decline to stipulate, the Court may dismiss this action based upon Plaintiff's request, "on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).  Accordingly, it is ORDERED that within **seven (7)** days from the date of service of this order, Defendants shall file and serve a stipulation to the dismissal of this action pursuant to Rule 41(a)(1)(A)(ii),[1] or to otherwise respond to Plaintiff's notice of voluntary dismissal.

IT IS SO ORDERED.

Dated:   **January 27, 2021**

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] If Defendants stipulate to Plaintiff's voluntarily dismissal, the Court will construe the parties filings as a stipulation pursuant to Rule 41(a)(1)(A)(ii).