UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MEDINA, et.al.,<br><br>　　　　　Defendants. | Case No.: 1:20-cv-00114-NONE-SAB (PC)<br><br>ORDER TERMINATING ACTION PURSUANT TO PARTIES' STIPULATION TO DISMISS THE ACTION WITH PREJUDICE<br><br>(ECF Nos. 32, 34) |

　　　Plaintiff Kareen J. Howell is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On January 26, 2021, Plaintiff filed a notice to voluntarily dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41.  (ECF No. 32.)

　　　On February 3, 2021, Defendants filed a statement of non-opposition to dismissal of the action with prejudice and with each side to bear its own costs and fees.  (ECF No. 34.)

　　　Pursuant to Plaintiff's notice to voluntarily dismiss the action with prejudice and Defendants stipulation thereto, this action is terminated by operation of law without further order from the court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions and deadlines and close this case.

IT IS SO ORDERED.

Dated: **February 3, 2021**　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1